Below is an Order of the Court.

_Thomas M Renn_
_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 12-60336-tmr7 |
| | ) | |
| Peggy Louise Clements, | ) | STIPULATED ORDER TO DISGORGE |
| | ) | ATTORNEYS' FEES AND COSTS |
| Debtor. | ) | PURSUANT TO 11 U.S.C. § 329(b) AND |
| | ) | REGARDING REPRESENTATION OF |
| | ) | DEBTOR |
| | ) | |
| | ) | |

Based on the stipulation of between the United States Trustee for Region 18, Robert D.

Miller, Jr., ("UST"), by and through his attorney, P. Rebecca Kamitsuka, Vincent Howard,

individually and on behalf of Howard Law and Howard/Nassiri, P.C. (collectively "Howard

Law"), Erik Graeff, individually and on behalf of the Law Offices of Erik Graeff, P.C.

(collectively "Erik Graeff"), and Morgan Drexen, Inc., (collectively "Professionals"),

IT IS HEREBY ORDERED:

1. All of the Professionals' fees, costs, and any other funds collected by the Professionals

from Peggy Louise Clements ("Debtor"), associated with the above-referenced case are

disallowed in full pursuant to 11 U.S.C. § 329(b).

2.  Howard Law shall disgorge all attorneys' fees, costs, and any other funds, totaling $4,864.22, and shall deliver payment in full to:   Thomas A. Huntsberger, Chapter 7 Trustee for District of Oregon, Bankruptcy Case #12-60336-tmr7, 870 W. Centennial Blvd., Springfield, Oregon 97477, no later than 7 days from the entry of this Order.

3.  With Debtor's consent, Erik Graeff may continue to represent Debtor in the above-referenced case, provided that Mr. Graeff and the Debtor properly enter into an attorney/client agreement in accordance with the Bankruptcy Code, Bankruptcy Rules, and the applicable law in the District of Oregon, without any involvement of Howard Law and/or Morgan Drexen.

###

It is so stipulated:

ROBERT D. MILLER, Jr.
United States Trustee


*/s/ P. Rebecca Kamitsuka*
P. Rebecca Kamitsuka, OSB #933261
Attorney for the United States Trustee
405 E. 8th Avenue, Suite #1100
Eugene, OR  97401
Phone:  (541) 465-6471


LAW OFFICES OF ERIK GRAEFF, P.C., and
ERIK GRAEFF, Individually


*/s/ Erik Graeff*
ERIK GRAEF, OSB #102169
Law Offices of Erik Graeff, P.C.
2125 N. Flint Avenue
Portland, Oregon  97227

HOWARD LAW AND HOWARD/NASSIRI, P.C.
And VINCENT D. HOWARD, Individually


*/s/ Vincent D. Howard*_____
VINCENT D. HOWARD, CA #232478
Howard Law, P.C.
Pacific Arts Plaza
675 Anton Blvd., 1st Floor
Costa Mesa, CA   92626
Phone:   (800) 872-5925

MORGAN DREXEN, INC.


*/s/ Jeffery Katz*_____
JEFFERY KATZ, CA #137246
General Counsel for Morgan Drexen, Inc.
675 Anton Blvd.
Costa Mesa, CA   92626
Phone:   (800) 868-1458; ext. #336

**Conventional Mail:**

Peggy Louise Clements
2078 Carver Street
Cottage Grove, OR 97424

Vincent D. Howard
Howard Law, P.C.
Pacific Arts Plaza
675 Anton Blvd., 1st Floor
Costa Mesa, CA   92626

Jeffrey Katz
c/o Morgan Drexen, Inc.
675 Anton Blvd.
Costa Mesa, CA   92626